LAW OFFICES OF SCOTT S. HARRIS APLC
SCOTT S. HARRIS, STATE BAR NO. 152924
555 WEST BEECH STREET, SUITE 303
SAN DIEGO, CALIFORNIA 92101
Telephone: (619) 238-1199
Fax: (619) 238-1101

Attorneys for Plaintiff

FILED
2008 JUL 28 PM 12:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: VMT DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARTA E. SHEEHAN,,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

Case No. '08 CV 1355 DMS CAB

COMPLAINT FOR MEDICAL NEGLIGENCE

DEMAND FOR JURY TRIAL

Plaintiff, complaining of Defendant, alleges:

I.

This is an action arising under the Federal Tort Claims Act, 28 United States Code §§ 2671 et seq. This Court is vested with jurisdiction pursuant to 28 United States Code § 1346(b).

II.

Plaintiff resides at 27177 Fitzgerald Place, Menifee, CA 92584.

.

III.

Defendant, United States of America, operates a health care facility known as Naval Hospital Camp Pendleton, Camp Pendleton, California. In operating the hospital, defendant, United States of America, holds itself out to military personnel and their dependents to use that degree of care, skill, diligence, and attention used by hospitals generally in the community in the care and treatment of patients. The hospital operated by defendant has in its employ, among others, doctors, nurses, interns, residents, student nurses, nurses' aides and other hospital personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

IV.

At all times referred to herein, there existed between the physicians and the plaintiff, the relationship of physician-patient.

V.

On or about August 9, 2007, plaintiff presented to the above-mentioned hospital operated by defendant United States of America and came under the care and treatment of doctors and others who were likewise hospital staff and members and employees of defendant. At that time, agents and/or employees of defendant negligently performed a bunionectomy on plaintiff's right foot with placement of a pain pump all of which resulted in, among other things, a major infection, cartilage damage and loss of feeling in two toes.

VI.

Defendant and its employees, physicians and agents, in so treating plaintiff, deviated from standard approved medical practice.

VII.

As a result of the negligence, carelessness and medical malpractice of defendant's physicians, employees and agents, plaintiff sustained severe and permanent personal injuries.

VIII.

As a further result of the negligence, carelessness and medical malpractice of defendant's physicians, employees and agents, plaintiff has suffered pain, mental anguish, bodily injury, permanent disability, and medical and hospital expenses, and will continue in the future to suffer pain, mental anguish, bodily injuries, loss of wages, and medical and hospital expenses.

IX.

On or about February 11, 2008, plaintiff submitted her claim in the amount of $250,000 to the Office of the Judge Advocate General, Tort Claims Unit, Norfolk, Virginia. Plaintiff understands the claim is under evaluation.

WHEREFORE, plaintiff Marta E. Sheehan demands judgment against defendant as follows:

(1) For general damages according to proof;

(2) For all medical and incidental expenses, according to

proof;

(3) For future medical and life care expenses;

(4) For loss of earnings and earning capacity;

(5) For interest on all damages, according to proof;

(6) For all costs of suit herein incurred; and

(7) For such other and further relief as the Court may deem just and proper.

DATED: July 29, 2008

LAW OFFICES OF SCOTT S. HARRIS APLC

By: ______________________
Scott S. Harris
Attorneys for Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: July 29, 2008

LAW OFFICES OF SCOTT S. HARRIS APLC

By: ______________________
Scott S. Harris
Attorneys for Plaintiff

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 2008 JUL 28 PM 12:23 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

## I. (a) PLAINTIFFS

MARTA E. SHEEHAN

**(b)** County of Residence of First Listed Plaintiff: Riverside
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott S. Harris, Law Offices of Scott S. Harris APLC
555 W. Beech St., Su. 303, San Diego, CA 92101

## DEFENDANTS

UNITED STATES OF AMERICA

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 1355 DMS CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☒ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 usc 2671

Brief description of cause:
Medical Negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 250,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ____ DOCKET NUMBER ____

DATE: 07/29/1008

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 153422 AMOUNT $350.00 APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

RD 07/28/08

CR

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 153422 - MB

July 28, 2008
12:29:44

Civ Fil Non-Pris
USAO #.: 08CV1355 CIVIL FILING
Judge..: DANA M SABRAW
Amount.: $350.00 CK
Check#.: BC12100

Total-> $350.00

FROM: MARTA E SHEEHAN VS
USA