Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 28 PM12: 58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

MARTA E. SHEEHAN
PLAINTIFF

vs

UNITED STATES OF AMERICA
DEFENDANT

SUMMONS IN A CIVIL ACTION
Case No.
'08 CV 1355 DMS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott S. Harris
Law Offices of Scott S. Harris APLC
555 West Beech Street, Suite 303
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

JUL 28 2008 — DATE

K. HAMMERLY SEAL
By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)