# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MARTA E. SHEEHAN
PLAINTIFF
vs
UNITED STATES OF AMERICA
DEFENDANT

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1355 DMS CAB

TO: (Name and Address of Defendant)

United States of America
c/o Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott S. Harris
Law Offices of Scott S. Harris APLC
555 West Beech Street, Suite 303
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. JUL 2 8 2008

CLERK DATE

K. HAMMERLY SEAL

By , Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE July 28, 2008 |
| NAME OF SERVER Mary Lee Hanner | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ______________

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______________

☐ Return unexecuted:

☒ Other (specify): Certified Mail - Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 08/11/08 — Date

Mary Lee Hanner — Signature of Server

555 West Beech Street, Suite 303, San Diego, CA 92101 — Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.49 |

Postmark Here

7/28/08

7008 0500 0001 8168 7027

Sent To: United States of America
c/o Attorney General
Street, Apt. No.; or PO Box No.: Department of Justice
950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
c/o Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) AUG 05 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7008 0500 0001 8168 7027

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MARTA E. SHEEHAN

PLAINTIFF

vs

UNITED STATES OF AMERICA

DEFENDANT

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1355 DMS CAB

TO: (Name and Address of Defendant)

United States of America
c/o U.S. Attorney
101 W. Broadway, 15th Floor
San Diego, CA 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott S. Harris
Law Offices of Scott S. Harris APLC
555 West Beech Street, Suite 303
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. JUL 2 8 2008

CLERK DATE

K. HAMMERLY

SEAL

By , Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 7/29/08 |
|---|---|
| NAME OF SERVER JOVEN SIBUG | TITLE |

Check one box below to indicate appropriate method of service

✓ Served personally upon the defendant. Place where served: 101 W. BDWY, 15th FLR

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: MARY WIGGINS

Return unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 11:10AM

Date 7/29/08 Signature of Server

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure